PEOPLE ex rel. CITY OF OLEAN, Respondent, v. WESTERN NEW YORK & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Proceeding by the People of the State of New York, on the relation of the City of Olean, against the Western New York & Pennsylvania Traction Company. No opinion. Order affirmed, with costs.

PEOPLE ex rel. CLANCY v. WALDO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of Michael Clancy, against Rhinelander Waldo, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CURRAN, Appellant, v. COOK, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of Joseph B. Curran, against Henry R. M. Cook, as Auditor, etc. H. G. Miller, of New York City, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. DAVIE, Appellant, v. LYNCH, State Com'r of Labor, Respondent. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Proceeding by the People of the State of New York, on the relation of May G. Davie, against James M. Lynch, as Commissioner of Labor of the State of New York. No opinion. Motion denied. See, also, 149 N. Y. Supp. 895.

PEOPLE ex rel. DAVIS v. BAKER. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Proceeding by the People of the State of New York, on the relation of Martin Davis, against William F. Baker, as Commissioner. M. G. Kenney, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. DELEHANTY v. McKAY. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Proceeding by the People of the State of New York, on the relation of John C. Delehanty, against Douglas I. McKay, as Commissioner. M. L. Stover, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. DIVINEY v. BINGHAM. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Proceeding by the People of the State of New York, on the relation of Martin Diviney, against Theodore A. Bingham, as Commissioner. No opinion. Motion granted, without costs. Order filed.

PEOPLE ex rel. FARRELLY, Appellant, v. WHITTLE, Respondent. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Proceeding by the People of the State of New York, on the relation of Edward J. Farrelly, against Thomas W. Whittle, as Commissioner, etc. J. F. Donnelly, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Davison v. Williams, 107 N. E. 49, decided by the Court of Appeals November 17, 1914. Order filed.

PEOPLE ex rel. FOX, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of Jesse G. Fox, against the Board of Education of the City of New York. B. Bloch, of Brooklyn, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FURLONG, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen W. Furlong, against Rhinelander Waldo, as Police Commissioner. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GEORGE v. PUBLIC SERVICE COMMISSION, SECOND DIST. (LONG ISLAND R. CO., Intervener). (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Proceeding by the People of the State of New York, on the relation of Harvey J. George, against the Public Service Commission, Second District, in which the Long Island Railroad Company intervened. No opinion. Determination of the Public Service Commission unanimously confirmed, with costs.

PEOPLE ex rel. GOLDBERGER v. BELL. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Simon Goldberger against George H. Bell, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. HARFORD v. WALDO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of William H. Harford, against Rhinelander Waldo. No opinion. Motion to dismiss writ granted, without costs. Order filed.

PEOPLE ex rel. HORNSTEIN, Appellant, v. MOSKOWITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Proceeding by the People of the State of New York, on the relation of Abraham K. Hornstein, against Henry Mosko-